**RICHARD G. SCHNEEBECK**
**KHALE J. LENHART**
Hirst Applegate, LLP
1720 Carey Avenue, Suite 400
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
FAX: 307-632-4999
rschneebeck@hirstapplegate.com
klenhart@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CATHY L. LANCE, | }<br>} |
| Plaintiff, | }<br>} |
| vs. | } Civil No. 11-CV-359F |
| ROCKY L. EDMONDS ATTORNEY AT LAW; ROCKY L. EDMONDS, individually, COLLECTION LAW CENTER, P.C., GERALD K. RUSSELL, President, GERALD K. RUSSELL, individually, and DOES 1-10, | }<br>}<br>}<br>}<br>}<br>} |
| Defendants. | } |

## *LIMITED ENTRY OF APPEARANCE*

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the undersigned enters his appearance on behalf of Defendants for the limited purpose of contesting the Court's jurisdiction based on insufficiency of process and opposing the *Plaintiff's Motion for Entry of Default and Default Judgment.* By entering an appearance for this limited

purpose, Defendants hereby expressly reserve the right to assert, and do not admit, that this Court has jurisdiction over them.

Dated: 6 January 2012.

HIRST APPLEGATE, LLP

BY: *[signature]*
KHALE J. LENHART, #7-4581
OF HIRST APPLEGATE, LLP
Attorneys for Defendants
1720 Carey Avenue, Suite 400
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

### CERTIFICATE OF SERVICE

I certify the foregoing *Limited Entry of Appearance* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 6 January 2012, and that copies were served as follows:

Cathy L. Lance
4006 Inverness Court
Riverton, WY 82501
rlance@bresnan.net

[✓] U.S. MAIL
[ ] FED EX
[ ] FAX
[ ] HAND DELIVERED
[ ] ELECTRONIC MAIL

*[signature]*
OF HIRST APPLEGATE, LLP
Attorneys for Defendants