

U.S. DISTRICT COURT
DISTRICT OF WYOMING

FILED

JAN 11 2012

Stephan Harris, Clerk
Casper

AO440 (Rev. 8/01) Summons in a Civil Case    11CV359-F

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail - Proof of delivery confirmation.
# 7011 1570 0002 9962 1999 - Rocky Edmonds

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                       Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dec. 27. 2011  06:11 AM Lance Fax            3074632062              PAGE. 1/ 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rocky L. Edmonds
402 6th Street
PO Box 1470
Rawlins, WY 82301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D Welcher  ☒ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D Welcher                       11/22/11
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7011 1570 0002 9962 1999

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gerald K. Russell
402 6th Street
PO Box 1470
Rawlins, WY 82301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D Welcher  ☒ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D Welcher                       11/22/11
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7011 1570 0002 9962 1982

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540