FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB - 1 2012

Stephan Harris, Clerk
Casper

AO440 (Rev. 8/01) Summons in a Civil Case

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me | DATE | 1-23-12 |
| NAME OF SERVER (PRINT) Tim Weinheucll | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Jolene Schinkel, Business Manager for Collection (and Collection Center 406 6th St Rawlins Wy For Rocky L Edmonds

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-23-12
Date

Signature of Server

Address of Server: PO Box 2847 Mills WY 82644

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.