

**FILED**

*2:15 pm, 7/20/12*
**Stephan Harris
Clerk of Court**

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| CATHLY LANCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-CV-359-F |
| ) | |
| ROCKY L. EDMONDS et al ) | |
| ) | |
| Defendants. ) | |

### ORDER OF REASSIGNMENT

THE COURT HEREBY FINDS that the Honorable Nancy D. Freudenthal believes that she may have a conflict of interest in this case and that it is proper to reassign this case at this time.

IT IS THEREFORE ORDERED that the above case is hereby reassigned from the Honorable Nancy D. Freudenthal, Chief United States District Judge, to the Honorable Scott W. Skavdahl, United States District Judge, United States District Court for the District of Wyoming. **Please use case number 11-CV-359-S for all future pleadings.**

Dated this 20th day of July, 2012.

*Nancy D Freudenthal*

Nancy D. Freudenthal,
Chief United States District Judge